1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 "I" Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Petitioner
   JAMES A. WIRTH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. WIRTH, | No. CIV S-06-2836 MCE GGH |
| Petitioner, | |
| v. | ORDER |
| M. KRAMER, et al., | |
| Respondents. | |

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Timothy Warriner shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: 2/28/07

/s/ Gregory G. Hollows
U.S. Magistrate Judge

wirth2836.sub