Timothy E. Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346

Attorney for Petitioner,
JAMES A. WIRTH

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. WIRTH, <br><br> Petitioner, <br><br> v. <br><br> M. KRAMER, et al., <br><br> Respondents. | No. Civ. S-06-2836 MCE GGH P <br><br> STIPULATION AND ORDER CONTINUING DEADLINE FOR THE FILING OF A JOINT SCHEDULING STATEMENT |

Present counsel was only recently, in place of the Federal Defender, substituted-in as counsel for petitioner. In order to afford counsel for petitioner adequate time to communicate with his client and review the record, the parties, after meeting and conferring, hereby stipulate that the due date for the joint scheduling statement shall be continued until April 16, 2007.

DATED: February 16, 2007        /s/ Tim Warriner, Attorney for Petitioner,
                                JAMES A. WIRTH

DATED: February 16, 2007        /s/ Paul A. Bernardino, Deputy Attorney General,
                                Attorney for Respondent

<u>ORDER</u>

GOOD CAUSE APPEARING, it is hereby ordered that the parties shall file a joint scheduling statement by April 16, 2007.

DATED: 2/28/07                  /s/ Gregory G. Hollows
                                U.S. Mag. Judge