1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES A. WIRTH,

11          Petitioner,          No. CIV S-06-2836 MCE GGH P

12      vs.

13   M. KRAMER, et al.,

14          Respondents.          ORDER

15   _____/

16          On April 18, 2007, the parties filed a request for an extension of time to file the

17   joint scheduling statement.  Good cause appearing, IT IS HEREBY ORDERED that the joint

18   scheduling statement is due on or before May 7, 2007.

19   DATED:  4/27/07

20                              /s/ Gregory G. Hollows

21                              _____

                                UNITED STATES MAGISTRATE JUDGE

22

     wi2836.eot

23

24

25

26

                                   1