IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES A. WIRTH,

    Petitioner,                    No. CIV S-06-2836 MCE GGH P

    vs.

M. KRAMER, et al.,

    Respondent.                <u>ORDER</u>

_____/

        On May 7, 2007, the parties filed a joint scheduling statement.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. On or before June 6, 2007, petitioner shall file either an amended petition which shall proceed on exhausted claims only or an amended petition identifying exhausted and unexhausted claims as well as a request to stay proceedings; if petitioner files an exhausted amended petition, he shall also file any requests for an evidentiary hearing or discovery at that time as well;

/////

/////

/////

/////

1  2. Respondent's response to an exhausted amended petition is due sixty days
2  thereafter; petitioner's reply is due thirty days thereafter; if petitioner files a request to stay
3  proceedings, respondent shall file either a statement of non-opposition or opposition within thirty
4  days thereafter.
5  DATED: 5/14/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

8  wir2836.sch