1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES A. WIRTH,

11              Petitioner,              No. CIV S-06-2836 MCE GGH P

12        vs.

13   M. KRAMER, et al.,

14              Respondents.            ORDER

15   _____/

16              Petitioner has requested an extension of time to file an amended petition pursuant

17   to the court's order of May 14, 2007.  Good cause appearing, IT IS HEREBY ORDERED that:

18              1.  Petitioner's June 6, 2007 application for an extension of time is granted; and

19              2.  Petitioner's amended petition filed June 8, 2007, is deemed timely filed.

20   DATED: 6/13/07

                                        /s/ Gregory G. Hollows

21                          _____

22                                        UNITED STATES MAGISTRATE JUDGE

GGH/bb
23   wirt2836.111

24

25

26

                                        1