UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. WIRTH,<br><br>              Petitioner,<br><br>    v.<br><br>M. KRAMER, et al.,<br><br>              Respondent. | No. CIV S-06-2836 MCE GGH<br><br>**ORDER** |

Upon considering Respondent's request, and good cause appearing therefore, Respondent shall have 60 days from service of this order to file a response to Petitioner's application for writ of habeas corpus.

DATED: 8/13/07                        /s/ Gregory G. Hollows
                                                                UNITED STATES MAGISTRATE JUDGE

wi2836.eot(r)