IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES A. WIRTH,

    Petitioner,               No. CIV S-06-2836 MCE GGH P

    vs.

M. KRAMER, et al.,

    Respondents.         ORDER

_____/

    Petitioner has requested an extension of time to file a reply to respondent's answer. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's October 27, 2007 application for an extension of time is granted; and

    2. Petitioner's is granted thirty days from the date of this order in which to file his reply.

DATED: 11/5/07                             /s/ Gregory G. Hollows

                                              UNITED STATES MAGISTRATE JUDGE

GGH/bb
wirt2836.111(2)